ORIGINAL

AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA<br>v.<br>CARLOS ROSALES | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19MJ 03497 |
|---|---|

Complaint for violation of Title 18, United States Code, Section 1073

| NAME OF MAGISTRATE JUDGE<br>HONORABLE ALEXANDER F. MACKINNON | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>December 27, 2004 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

## [18 U.S.C. § 1073]

On or about December 27, 2004, in Los Angeles County, within the Central District of California, defendant CARLOS ROSALES ("defendant") did willfully, knowingly, and unlawfully travel in interstate and international commerce from the State of California to Mexico, with the intent to avoid prosecution for the crime of Murder, in violation of California Penal Code Section 187, a felony in the State of California, for which defendant was charged in arrest warrant number LACBA276426, issued by the Superior Court of the State of California, County of Los Angeles, on or about December 30, 2004 in violation of Title 18, United States Code, Section 1073.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**Michael E. Alker**<br><br>OFFICIAL TITLE<br>Special Agent – Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>8/22/2019 |
|---|---|

AUSA Edward Han x8230   REC: Detention

## AFFIDAVIT

I, MICHAEL E. ALKER, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint and arrest warrant for defendant CARLOS ROSALES ("ROSALES") for Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

2.   The information contained herein is based on my participation in this investigation and my training and experience, as well as my conversations with other law enforcement officers and my review of various law enforcement documents. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AGENT MICHAEL E. ALKER

3.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for over 10 years. I have been a member of the joint FBI/Los Angeles Police Department ("LAPD") Fugitive Task Force for approximately three years. I have extensive experience in conducting fugitive investigations. In that capacity, I have conducted numerous fugitive investigations, have personally several hundred

1

fugitive arrests, and have been responsible for the arrests of
several fugitives across the United States and abroad.

4.    From 2009 until 2013, I investigated national security
matters and international terrorism.  From 2013 to 2016, I was
assigned to the Southern California Drug Task Force/High
Intensity Drug Trafficking Area ("SCDTF/HIDTA") in Los Angeles,
California and the Los Angeles Strike Force DEA SWB1/FBI CE-1
("LASF").  The SCDTF/HIDTA and LASF conduct major narcotics
investigations and are comprised of Special Agents from the FBI,
DEA, DHS, IRS, and local law enforcement personnel designated as
TFOs.

5.    Based upon my experience and training with the FBI as
well as conversations that I have had with other, more
experienced agents and law enforcement officers who specialize
in fugitive investigations, I am familiar with the methods
utilized by fugitives to avoid detection and capture by law
enforcement.  I have also spoken with agents, as well as other
law enforcement officers, about their experiences and the
results of their investigations and interviews.  Through my
conversations with these agents and other law enforcement
officers, coupled with my investigation of narcotics traffickers
avoiding detection by law enforcement, I am knowledgeable in the
methods and modes of fugitives, including the techniques,
tactics and procedures they employ to avoid arrest.

### III. <u>STATEMENT OF PROBABLE CAUSE</u>

6.    On or about June 19, 2017, I spoke with LAPD Homicide
Detective Carey Ricard, who relayed to me the following details

regarding a homicide investigation that was initiated on
December 27, 2004:

      a.    On the afternoon of December 27, 2004, the LAPD
Hollenbeck Division desk officer received a telephone call from
the San Bernardino Sheriff's Department ("SBSD") during which
SBSD Deputy Cobley informed the desk officer that Paula Leon was
at the station and had informed the deputy that her son, CARLOS
ROSALES ("ROSALES") had killed his live-in girlfriend, G.B.
Leon further advised that ROSALES had wrapped G.B. in a blanket
and hid her in the closet at 329 N. Indiana Street, Los Angeles,
California.

      b.    Hollenbeck Division LAPD officers responded to
329 N. Indiana Street, Los Angeles, California and discovered
G.B.'s body in the closet covered in a gray blanket.  G.B. was
pronounced dead at approximately 4:15 p.m.

      c.    During a subsequent interview of Leon by
Detective Ricard on December 27, 2004, Leon relayed additional
details during which ROSALES admitted to his mother that he
killed G.B. and hid her body in a closet.  ROSALES told Leon
that he was going to turn himself in; however, he first wanted
to take Leon to a notary public so that he could write a letter
giving Leon the custody of his children.

      d.    Leon subsequently drove to a notary public at
Acacia and La Palma Avenue in Anaheim and obtained a letter
signed by the notary public giving Leon custody of ROSALES's
children.  When the notary asked about the whereabouts of G.B.,
the children's mother, ROSALES said she was in Mexico.

     e.   After leaving the notary public, Leon and ROSALES got into Leon's vehicle so ROSALES could turn himself in.  But before ROSALES turned himself in, he exited Leon's vehicle and fled on foot.

     f.   On December 30, 2004, the Superior Court of California, County of Los Angeles issued a felony arrest warrant, case number BA276426, charging ROSALES with one count of California Penal Code Section 187(a), Murder.

     7.   LAPD detectives and officers conducted an exhaustive investigation searching for ROSALES; however, they were unable to locate him.  Approximately five years later, on July 29, 2009, the LAPD received a telephone call from a relative of ROSALES.  According to the relative, around Christmas of 2008, she overheard Leon tell an unidentified relative of ROSALES that ROSALES was residing in Autlan De Navarro Jalisco, Mexico, approximately six hours away from Puerto Vallarta, Mexico, with ROSALES's biological father.  According to a court ordered delayed registration of birth notice for Carlos Rosales, who was born in Mexico, ROSALES was born in Autlan, Jalisco, Mexico.

     8.   On August 19, 2019, I spoke with the same relative who confirmed that ROSALES was residing near Autlan De Navarro Jalisco, Mexico, and the relative stated that ROSALES was approximately 30 minutes away from El Grullo, Jalisco, Mexico.

     9.   According to this relative, ROSALES admitted to killing G.B. and that he did it so that he would not have to pay child support following their separation.

10.  This relative subsequently provided the Facebook account of ROSALES, which was under the name "Ruben Lopez."  A comparison of the California Department of Motor Vehicles photograph for ROSALES and that of the photograph listed on the profile page of Ruben Lopez was made and they appear to be the same person.  Additionally, according to the information listed on the Facebook account, ROSALES identified that he is currently residing in Mexico.

### CONCLUSION

11.  For all the reasons described above, there is probable cause to believe that ROSALES has violated Title 18, United States Code, Section 1073: Unlawful Flight to Avoid Prosecution.

_____
Michael E. Alker, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me this 22nd day of August 2019

_____
UNITED STATES MAGISTRATE JUDGE
ALEXANDER F. MacKINNON

5